# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1563

VERSUS

KARSTEN KEELEN                                        **MARCH 14, 2022**

---

In Re:     Karsten Keelen, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 02-96-0476.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                     JMG
                     GH
                     WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT